IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM COLEMAN, | § | |
| | § | |
| PLAINTIFF | § | CIVIL ACTION NO. 3:13-cv-02478 |
| vs. | § | |
| | § | |
| JOHN MCCAFFERTY, VIVIAN PATTON, | § | JURY TRIAL REQUESTED |
| CRANE & HOIST, INC., d/b/a ABACUS | § | |
| CRANE & HOIST, ABACUS EQUIPMENT, | § | |
| INC., d/b/a ABACUS CRANE & HOIST | § | |
| | § | |

**PLAINTIFF'S PRE-TRIAL DISCLOSURES PURSUANT TO
FED.R.CIV.P.26(a)(3)(A)-(B)**

Plaintiff, by and through his undersigned counsel, submits the following pre-trial disclosures:

**I. List of Witnesses Plaintiff Expects to Present**

Plaintiff hereby discloses the following witnesses he expect to present other than solely for impeachment:

| WITNESS | AREA OF TESTIMONY |
|---|---|
| William Coleman<br>c/o Charles W. Branham, III<br>Dean Omar & Branham, LLP<br>3900 Elm Street<br>Dallas, TX 75226<br>214-722-5990 | Plaintiff has knowledge of his employment with the Defendants, including his job duties and responsibilities, hours worked, pay, and other related matters. |
| John McCafferty<br>c/o Claudine G. Jackson<br>Brackett & Ellis, P.C.<br>100 Main Street<br>Fort Worth, TX 76102<br>817-338-1700 | Owner/President of Abacus Equipment, Inc.<br>Knowledge of Plaintiff's employment, including job responsibilities and duties, hours worked, and other employment matters; knowledge of Defendants' financial and business information and relationship between Defendants. |
| Vivian Patton<br>c/o Claudine G. Jackson<br>Brackett & Ellis, P.C.<br>100 Main Street<br>Fort Worth, TX 76102<br>817-338-1700 | Owner/President of Crane & Hoist, Inc.<br>Knowledge of Plaintiff's employment, including job responsibilities and duties, hours worked, and other employment matters; knowledge of Defendants' financial and business information and relationship between Defendants. |

| | |
|---|---|
| Charles W. Branham, III<br>Corinna Chandler<br>Dean Omar & Branham, LLP<br>3900 Elm Street<br>Dallas, TX 75226<br>214-722-5990 | Knowledge of necessity and reasonableness of attorneys' fees and costs. |

## II. List of Witnesses Plaintiff Expects to Present by Deposition

Plaintiffs hereby disclose the following witnesses they expect to present by deposition if the witness is unavailable:

**Deposition of Vivian Patton, taken January 13, 2015**

| PAGE | LINE | TO | PAGE | LINE |
|---|---|---|---|---|
| 4 | 7 | | 4 | 9 |
| 4 | 20 "And would.." | | 4 | 24 "Okay." |
| 5 | 2 | | 5 | 3 |
| 5 | 6 | | 5 | 7 |
| 6 | 15 "Some of…" | | 6 | 17 |
| 7 | 6 | | 7 | 10 |
| 7 | 13 "Are you a.." | | 7 | 17 |
| 8 | 6 "When did…" | | 8 | 9 |
| 9 | 16 | | 11 | 1 |
| 11 | 5 | | 11 | 8 |
| 18 | 7 | | 19 | 6 |
| 20 | 2 | | 20 | 16 |
| 21 | 4 "Do you keep.." | | 21 | 20 "Probably." |
| 37 | 21 "Where did.." | | 37 | 25 |
| 61 | 18 "Let's assume.." | | 62 | 6 |
| 62 | 9 "Let me ask.." | | 62 | 23 |
| 63 | 1 | | 63 | 25 |
| 64 | 20 | | 64 | 24 |
| 65 | 23 "When you say…" | | 66 | 1 |
| 66 | 14 "So I'm trying.." | | 66 | 19 |
| 79 | 19 | | 80 | 11 |
| 81 | 25 | | 82 | 6 |
| 87 | 1 | | 88 | 5 |
| 106 | 24 | | 107 | 9 |
| 110 | 10 | | 110 | 16 |
| 117 | 13 | | 117 | 19 |

### III. Exhibits Plaintiff Expects to Offer

Plaintiffs hereby designate the following exhibits that they expect to offer at trial (Category A are exhibits Plaintiff expects to offer, Category B are exhibits Plaintiff may offer, Category C are exhibits Plaintiff may offer if the need arises):

| Exhibit No. | Bates No. | Description | Category | Marked | Offered | Admitted |
|---|---|---|---|---|---|---|
| 1 | | Defendants' First Amended Objections and Answers to Plaintiff's First Set of Interrogatories | A | | | |
| 2 | | Defendants' Objections and Answers to Plaintiff's First Set of Interrogatories | B | | | |
| 3 | Plaintiff's 000336 | Coleman's Social Security Earnings Record | A | | | |
| 4 | ABACUS 0870 | Crane & Hoist, Inc. 941 for 2012 (July, August, September) | B | | | |
| 5 | McCafferty Ex. 5 (Abacus 0273) | McCafferty's Summary of Hours Worked (2010) | A | | | |
| 6 | McCafferty Ex. 10 (Abacus 0274-0275) | McCafferty's Summary of Hours Worked (2011) | A | | | |
| 7 | Abacus 0276-0277 | McCafferty's Summary of Hours Worked (2012) | A | | | |
| 8 | Abacus 0041 | Pink Slip | B | | | |
| 9 | Abacus 0472-0674 | Service Tickets | C | | | |
| 10 | Abacus 0008-0028 | Time Sheets (8/5/12 - 1/5/13) | B | | | |
| 11 | Abacus 0034 | Cleared Check | C | | | |
| 12 | Abacus 0167-0190 | Time Sheets (June 2010 - Jan 2011) | B | | | |
| 13 | Abacus 0191-0215 | Time Sheets (Jan 2011 - Dec 2011) | B | | | |
| 14 | Abacus 0216-0242 | Time Sheets (Jan 2012 - Jan 2013) | B | | | |
| 15 | Abacus 0287-0303 | 2012 Crane & Hoist, Inc. Form 1120 | C | | | |
| 16 | Abacus 0308-0323 | 2011 Crane & Hoist, Inc. Form 1120 | C | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Abacus 0323-0328 | 2012 Texas Franchise Tax Report (Crane & Hoist) | B | | | |
| 18 | Abacus 0329-0345 | 2010 Crane & Hoist, Inc. Form 1120 | C | | | |
| 19 | Abacus 0346-0352 | 2011 Texas Franchise Tax Report (Crane & Hoist) | B | | | |
| 20 | Abacus 0353-0384 | 2012 Abacus Equipment Form 1120 | B | | | |
| 21 | Abacus 0390-0422 | 2011 Abacus Equipment Form 1120 | B | | | |
| 22 | Abacus 0423-0429 | 2012 Texas Franchise Tax Report (Abacus) | C | | | |
| 23 | Abacus 0430-0462 | 2010 Abacus Equipment Form 1120 | B | | | |
| 24 | Abacus 0463-0470 | 2011 Texas Franchise Tax Report (Abacus) | B | | | |
| 25 | McCafferty Ex. 18 (Abacus 0287) | Amended 2012 W-2 | B | | | |
| 26 | Plaintiff's 000337 | 2010 W-2 | B | | | |
| 27 | Bank of the West 1-220 | Bank of the West Statements & Cleared Checks | C | | | |
| 28 | | All Documents Produced by Defendants in this Case, without waiving objections to same | C | | | |
| 29 | | All Documents Identified, Referenced, Used, or Marked as an Exhibit in any Deposition Taken in this Case, without waiving objections to same | C | | | |
| 30 | | All Documents Filed as an Exhibit or Appendix to a Motion or Pleading Filed in this Case, without waiving objections to same | C | | | |
| 31 | | All Documents Identified on Defendants' Exhibit List, without waiving objections to same | C | | | |

Respectfully submitted,
**Dean Omar & Branham, LLP**


*/s/ Corinna Chandler*
Charles W. Branham, III
Corinna Chandler
3900 Elm St.
Dallas, Texas 75226
(214) 722-5990 /(214) 722-5991 (Fax)
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5th, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              /s/ *Corinna Chandler*
                                              Corinna Chandler