IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM COLEMAN | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:13-cv-02478 |
| | § | |
| JOHN MCCAFFERTY, VIVIAN PATTON, | § | JURY TRIAL REQUESTED |
| CRANE & HOIST, INC., d/b/a ABACUS | § | |
| CRANE & HOIST, ABACUS | § | |
| EQUIPMENT, INC. D/B/A ABACUS | § | |
| CRANE & HOIST | § | |
| | § | |
| DEFENDANTS | § | |

## JOINT EXHIBIT LIST

Plaintiff William Coleman and Defendants John McCafferty, Crane & Hoist, Inc. and Abacus Equipment, Inc. ("Defendants") file the following joint exhibit list and list of exhibits to which the parties have no objection:

### I. Joint Exhibits the Parties Expect to Offer

The parties designate the following exhibits they expect to offer at trial (category A is exhibits the parties expect to offer; category B is exhibits the parties expect to offer if the need arises):

| Exhibit No. | Bates No. | Description | Category |
|---|---|---|---|
| 1. | Plaintiff's 000134-142; 144; 146; 148; 150; 152-153; 155; 157; 159; 161; 163; 165-166; 169-170; | Plaintiff's 2010 Timesheets | A for Defendant; B for Plaintiff; Plaintiff maintains a relevancy objection |

|  | Abacus-0190 |  |  |
|---|---|---|---|
| 2. | Plaintiff's 000173-223; Abacus-0206 | Plaintiff's 2011 Timesheets | A for Defendant and B as to Plaintiff |
| 3. | Plaintiff's 000225-277 | Plaintiff's 2012 Timesheets | A for Defendant and B for Plaintiff |
| 4. | Abacus-0739 | Authorization to Deduct Personal Charges | A |
| 5. | Plaintiff's-000145; 147; 149; 151; 154; 156; 158; 160; 162; 164; 167-168; 171 | 2010 Paychecks to Plaintiff | A |
| 6. | Abacus-0166 | Pink Slip Authorizing $89.29 Cash Advance in April 2012 | A |

## II. List of Exhibits with No Objections

Defendant does not object to Plaintiff's Exhibit Nos. 8, 9, 11, and 25 as identified on Plaintiff's Pre-trial Disclosures.

Plaintiff does not object to Defendants' Exhibit Nos. 1, 2, 6, 12, 13, 19-22, 24, 30, and 42 as identified in Defendants' Pretrial Disclosures.

.

        Respectfully submitted,

        /s/ *Corinna Chandler*
        Charles W. Branham, III
        Texas State Bar No. 24012323
        Corinna Chandler
        Texas State Bar No. 24061272

        Dean Omar & Branham, LLP

        3900 Elm Street
        Dallas, Texas 75226
        Telephone: 214/722-5990
        Facsimile: 214/722-5991

        ATTORNEYS FOR PLAINTIFF


        /s/*Andrea W. Paris*
        Claudine G. Jackson
        cjackson@belaw.com
        Texas State Bar No. 00793800
        Andrea W. Paris
        aparis@belaw.com
        Texas State Bar No. 24085652

        BRACKETT & ELLIS,
        A Professional Corporation
        100 Main Street
        Fort Worth, Texas  76102-3090
        Telephone: 817/338-1700
        Facsimile:  817/870-2265

        ATTORNEYS FOR DEFENDANTS


## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 5th, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/ *Corinna Chandler*
        Corinna Chandler